UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PETROBRAS SECURITIES LITIGATION<br><br>This Document Applies to:<br><br>*Transamerica Income Shares, Inc., et al. v. Petróleo Brasileiro S.A. - Petrobras, et al.*, No. 15-cv-3733 | No 14-cv-9662 (JSR)<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF TRANSAMERICA PARTNERS PORTFOLIOS |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Transamerica Partners Portfolio's claims against all defendants are dismissed without prejudice and without costs, defendants having neither served an answer nor a motion for summary judgment.

Dated:		December 9, 2015

							GRANT & EISENHOFER P.A.


							By:	*/s/ Geoffrey C. Jarvis*
							Geoffrey C. Jarvis
							485 Lexington Ave., 29th Floor
							New York, New York 10017
							Tel: (646) 722-8500
							Fax: (646) 732-8501