**APPENDIX A**

| Plaintiff Name | CUSIP | Purchase Date | Units Purchased | Price | Investment Manager | Trade Executed (Location of Investment Manager) | Counterparty[1] | Settlement Location |
|---|---|---|---|---|---|---|---|---|
| Transamerica Funds | 71645WAP6 | 05/02/12 | 830,000 | $112.48 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | BARCLAYS BANK PLC LONDON BRANCH | DTC |
| Transamerica Funds | 71645WAP6 | 05/03/12 | 60,000 | $112.35 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | NOMURA SECURITIES/FIXED INCOME | DTC |
| Transamerica Funds | 71645WAP6 | 03/28/13 | 2,320,000 | $110.43 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | THE BANK OF NY/DBAG LONDON GLOBAL | DTC |
| Transamerica Funds | 71645WAP6 | 05/15/13 | 1,700,000 | $112.60 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | BANK OF AMERICA SECURITIES LLC | DTC |
| Transamerica Funds | 71645WAP6 | 10/15/13 | 505,000 | $104.37 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | BARCLAYS BANK PLC LONDON BRANCH | DTC |
| Transamerica Funds | 71645WAP6 | 10/17/13 | 180,000 | $105.83 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | PERSHING LLC | DTC |
| Transamerica Funds | 71645WAQ4 | 07/02/13 | 2,780,000 | $103.19 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | BARCLAYS BANK PLC LONDON BRANCH | DTC |
| Transamerica Funds | 71645WAR2 | 09/01/11 | 1,000,000 | $107.50 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | BANK OF AMERICA SECURITIES LLC | DTC |
| Transamerica Funds | 71645WAR2 | 09/14/11 | 350,000 | $105.51 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | J P MORGAN CHASE/J P MORGAN INTL | DTC |
| Transamerica Funds | 71645WAR2 | 02/01/12 | 1,040,000 | $104.18 | AEGON USA INVESTMENT MANAGEMENT, LLC | Baltimore, MD, or Los Angeles, CA | MORGAN STANLEY CO INCORPORATED | DTC |
| Transamerica Funds | 71645WAR2 | 02/01/12 | 880,000 | $104.18 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | MORGAN STANLEY CO INCORPORATED | DTC |
| Transamerica Funds | 71645WAR2 | 02/01/12 | 400,000 | $104.18 | J.P. MORGAN INVESTMENT MANAGEMENT INC. | Columbus, OH | MORGAN STANLEY CO INCORPORATED | DTC |
| Transamerica Funds | 71645WAR2 | 05/14/12 | 1,000,000 | $109.26 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | J P MORGAN CHASE/J P MORGAN INTL | DTC |
| Transamerica Funds | 71645WAR2 | 04/23/14 | 890,000 | $102.38 | AEGON USA INVESTMENT MANAGEMENT, LLC | Baltimore, MD | J.P. MORGAN CLEARING CORP. | DTC |
| Transamerica Funds | 71645WAR2 | 08/11/14 | 1,150,000 | $102.94 | AEGON USA INVESTMENT MANAGEMENT, LLC | Baltimore, MD | JP MORGANCHASE BANK/HSBCSI | DTC |
| Transamerica Funds | 71645WAS0 | 09/28/11 | 600,000 | $105.38 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | MORGAN STANLEY CO INCORPORATED | DTC |
| Transamerica Funds | 71645WAS0 | 02/01/12 | 950,000 | $111.21 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | CITIGROUPGLOBAL MARKETS INC SALOMON BRO | DTC |
| Transamerica Funds | 71645WAS0 | 02/27/12 | 150,000 | $117.46 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | NOMURA SECURITIES/FIXED INCOME | DTC |
| Transamerica Funds | 71645WAS0 | 04/05/13 | 3,700,000 | $120.69 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | BARCLAYS BANK PLC LONDON BRANCH | DTC |
| Transamerica Funds | 71645WAS0 | 05/02/13 | 3,680,000 | $121.20 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | BARCLAYS BANK PLC LONDON BRANCH | DTC |
| Transamerica Funds | 71645WAU5 | 02/01/12 | 880,000 | $99.42 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | CITIGROUPGLOBAL MARKETS INC SALOMON BRO | DTC |
| Transamerica Funds | 71645WAU5 | 02/02/12 | 7,000,000 | $100.91 | AEGON USA INVESTMENT MANAGEMENT, LLC | Baltimore, MD, or Los Angeles, CA | MORGAN STANLEY CO INCORPORATED | DTC |
| Transamerica Funds | 71645WAU5 | 02/02/12 | 6,000,000 | $101.03 | AEGON USA INVESTMENT MANAGEMENT, LLC | Baltimore, MD, or Los Angeles, CA | J P MORGAN CHASE/J P MORGAN INTL | DTC |

---

[1] Counterparty names are taken from trading records and may not precisely correspond to the current legal names of the entities that traded with Plaintiffs.

| Plaintiff Name | CUSIP | Purchase Date | Units Purchased | Price | Investment Manager | Trade Executed (Location of Investment Manager) | Counterparty[1] | Settlement Location |
|---|---|---|---|---|---|---|---|---|
| Transamerica Funds | 71645WAU5 | 06/07/12 | 4,000,000 | $102.52 | AEGON USA INVESTMENT MANAGEMENT, LLC | Baltimore, MD or Los Angeles, CA | J P MORGAN CHASE/J P MORGAN INTL | DTC |
| Transamerica Funds | 71645WAV3 | 02/01/12 | 6,930,000 | $99.50 | AEGON USA INVESTMENT MANAGEMENT, LLC | Baltimore, MD or Los Angeles, CA | MORGAN STANLEY CO INCORPORATED | DTC |
| Transamerica Funds | 71645WAV3 | 02/01/12 | 5,000,000 | $100.42 | AEGON USA INVESTMENT MANAGEMENT, LLC | Baltimore, MD or Los Angeles, CA | UBS SECURITIES LLC | DTC |
| Transamerica Funds | 71647NAA7 | 05/13/13* | 9,220,000 | $98.03 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | JP MORGANCHASE BANK/HSBCSI | DTC |
| Transamerica Funds | 71647NAA7 | 10/04/13 | 2,080,000 | $83.04 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | J P MORGAN CHASE/J P MORGAN INTL | DTC |
| Transamerica Funds | 71647NAA7 | 10/08/13 | 1,650,000 | $83.22 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | J.P. MORGAN CLEARING CORP. | DTC |
| Transamerica Funds | 71647NAA7 | 10/08/13 | 2,130,000 | $83.06 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | BANK OF AMERICA SECURITIES LLC | DTC |
| Transamerica Funds | 71647NAA7 | 10/22/13 | 1,350,000 | $87.30 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | J.P. MORGAN CLEARING CORP. | DTC |
| Transamerica Funds | 71647NAA7 | 10/07/14 | 1,820,000 | $91.54 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | CITIGROUPGLOBAL MARKETS INC SALOMON BRO | DTC |
| Transamerica Funds | 71647NAA7 | 11/04/14 | 2,890,000 | $89.80 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | BANK OF AMERICA SECURITIES LLC | DTC |
| Transamerica Funds | 71647NAB5 | 05/13/13* | 1,350,000 | $99.35 | AEGON USA INVESTMENT MANAGEMENT, LLC | Baltimore, MD | CITIGROUPGLOBAL MARKETS INC SALOMON BRO | DTC |
| Transamerica Funds | 71647NAB5 | 12/16/13 | 630,000 | $93.90 | AEGON USA INVESTMENT MANAGEMENT, LLC | Baltimore, MD | OPPENHEIMER + CO. INC. | DTC |
| Transamerica Funds | 71647NAB5 | 07/21/14 | 2,000,000 | $97.96 | AEGON USA INVESTMENT MANAGEMENT, LLC | Baltimore, MD | J P MORGAN CHASE/J P MORGAN INTL | DTC |
| Transamerica Funds | 71647NAC3 | 05/13/13* | 15,000,000 | $99.58 | AEGON USA INVESTMENT MANAGEMENT, LLC | Baltimore, MD | JPMORGAN SECURITIES INC | DTC |
| Transamerica Funds | 71647NAD1 | 03/06/14 | 1,000,000 | $99.00 | PINEBRIDGE INVESTMENT MANAGEMENT LLC | New York, NY | CITIGROUPGLOBAL MARKETS INC SALOMON BRO | DTC |
| Transamerica Funds | 71647NAD1 | 03/20/14 | 55,000 | $99.00 | PINEBRIDGE INVESTMENT MANAGEMENT LLC | New York, NY | HSBC SECURITIES INC. | DTC |
| Transamerica Funds | 71647NAD1 | 03/21/14 | 300,000 | $99.00 | PINEBRIDGE INVESTMENT MANAGEMENT LLC | New York, NY | MIZUHO SECURITIES USA/FIXED INCOME | DTC |
| Transamerica Funds | 71647NAE9 | 05/13/13* | 6,580,000 | $100.00 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | MORGAN STANLEY CO INCORPORATED | DTC |
| Transamerica Funds | 71647NAE9 | 11/07/13 | 690,000 | $96.75 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | BANK OF AMERICA SECURITIES LLC | DTC |
| Transamerica Funds | 71647NAE9 | 02/04/14 | 2,000,000 | $97.38 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | MIZUHO SECURITIES USA/FIXED INCOME | DTC |
| Transamerica Funds | 71647NAE9 | 03/06/14 | 500,000 | $97.75 | PINEBRIDGE INVESTMENT MANAGEMENT LLC | New York, NY | CITIGROUPGLOBAL MARKETS INC SALOMON BRO | DTC |
| Transamerica Funds | 71647NAE9 | 05/30/14 | 500,000 | $99.72 | PINEBRIDGE INVESTMENT MANAGEMENT LLC | New York, NY | MIZUHO SECURITIES USA/FIXED INCOME | DTC |
| Transamerica Funds | 71647NAE9 | 07/21/14 | 1,000,000 | $100.23 | PINEBRIDGE INVESTMENT MANAGEMENT LLC | New York, NY | JP MORGANCHASE BANK/HSBCSI | DTC |

* Denotes that the purchase was made in the 2013 or 2014 Offering.

| Plaintiff Name | CUSIP | Purchase Date | Units Purchased | Price | Investment Manager | Trade Executed (Location of Investment Manager) | Counterparty[1] | Settlement Location |
|---|---|---|---|---|---|---|---|---|
| Transamerica Funds | 71647NAE9 | 07/31/14 | 1,000,000 | $99.69 | PINEBRIDGE INVESTMENT MANAGEMENT LLC | New York, NY | HSBC SECURITIES INC. | DTC |
| Transamerica Funds | 71647NAF6 | 05/13/13 | 920,000 | $99.78 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | CANTOR FITZGERALD + CO | DTC |
| Transamerica Funds | 71647NAF6 | 05/13/13* | 8,650,000 | $98.83 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | MORGAN STANLEY CO INCORPORATED | DTC |
| Transamerica Funds | 71647NAF6 | 05/13/13 | 910,000 | $99.68 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | BANCA IMISECURITIES CORP | DTC |
| Transamerica Funds | 71647NAF6 | 05/13/13* | 280,000 | $98.83 | J.P. MORGAN INVESTMENT MANAGEMENT INC. | Columbus, OH | MORGAN STANLEY CO INCORPORATED | DTC |
| Transamerica Funds | 71647NAF6 | 09/16/13 | 1,000,000 | $90.17 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | BARCLAYS BANK PLC LONDON BRANCH | DTC |
| Transamerica Funds | 71647NAJ8 | 03/10/14* | 1,000,000 | $100.00 | PINEBRIDGE INVESTMENT MANAGEMENT LLC | New York, NY | J.P. MORGAN SECURITIES LLC | DTC |
| Transamerica Funds | 71647NAJ8 | 07/21/14 | 1,000,000 | $101.60 | PINEBRIDGE INVESTMENT MANAGEMENT LLC | New York, NY | BANK OF AMERICA SECURITIES LLC | DTC |
| Transamerica Funds | 71647NAJ8 | 07/31/14 | 750,000 | $100.95 | PINEBRIDGE INVESTMENT MANAGEMENT LLC | New York, NY | DEUTSCHE BANK SECURITIES INC | EUROCLEAR |
| Transamerica Funds | 71647NAK5 | 03/10/14 | 1,540,000 | $99.98 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | PERSHING LLC | DTC |
| Transamerica Funds | 71647NAK5 | 03/10/14* | 2,320,000 | $99.17 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | JPMORGAN SECURITIES INC | DTC |
| Transamerica Funds | 71647NAM1 | 03/10/14 | 1,545,000 | $100.77 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | PERSHING LLC | DTC |
| Transamerica Funds | 71647NAM1 | 03/10/14 | 1,540,000 | $100.65 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | CANTOR FITZGERALD + CO | DTC |
| Transamerica Funds | 71647NAM1 | 03/10/14* | 3,110,000 | $99.77 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | CITIGROUPGLOBAL MARKETS INC SALOMON BRO | DTC |
| Transamerica Funds | 71647NAM1 | 03/10/14* | 412,000 | $99.77 | J.P. MORGAN INVESTMENT MANAGEMENT INC. | Columbus, OH | CITIGROUPGLOBAL MARKETS INC SALOMON BRO | DTC |
| Transamerica Funds | 71647NAM1 | 03/12/14 | 1,565,000 | $100.58 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | BARCLAYS BANK PLC LONDON BRANCH | DTC |
| Transamerica Funds | 71647NAM1 | 04/29/14 | 2,870,000 | $104.85 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | BARCLAYS BANK PLC LONDON BRANCH | DTC |
| Transamerica Funds | 71647NAM1 | 06/04/14 | 2,130,000 | $105.91 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | J P MORGAN CHASE/J P MORGAN INTL | DTC |
| Transamerica Funds | 71647NAM1 | 08/12/14 | 1,820,000 | $105.56 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | J.P. MORGAN CLEARING CORP. | DTC |
| Transamerica Funds | 71647NAM1 | 10/07/14 | 720,000 | $105.77 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | MORGAN STANLEY CO INCORPORATED | DTC |
| Transamerica Funds | 71647NAM1 | 10/07/14 | 1,080,000 | $105.97 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | BARCLAYS BANK PLC LONDON BRANCH | DTC |
| Transamerica Funds | 71647NAM1 | 11/04/14 | 3,610,000 | $104.40 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | MORGAN STANLEY CO INCORPORATED | DTC |
| Transamerica Funds | 71647NAM1 | 11/17/14 | 2,170,000 | $98.55 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | MORGAN STANLEY CO INCORPORATED | DTC |
| Transamerica Funds | 71647NAM1 | 11/17/14 | 1,475,000 | $98.27 | LOGAN CIRCLE PARTNERS, LP | Philadelphia, PA | UBS SECURITIES LLC | DTC |
| Transamerica Funds (as successor to TIS) | 71645WAR2 | 02/01/12 | 560,000 | $104.18 | AEGON USA INVESTMENT MANAGEMENT, LLC | Baltimore, MD or Los Angeles, CA | MORGAN STANLEY CO INCORPORATED | DTC |
| Transamerica Funds (as successor to TIS) | 71647NAB5 | 05/13/13* | 650,000 | $99.35 | AEGON USA INVESTMENT MANAGEMENT, LLC | Baltimore, MD | CITIGROUPGLOBAL MARKETS INC SALOMON BRO | DTC |

| Plaintiff Name | CUSIP | Purchase Date | Units Purchased | Price | Investment Manager | Trade Executed (Location of Investment Manager) | Counterparty[1] | Settlement Location |
|---|---|---|---|---|---|---|---|---|
| Transamerica Series Trust | 71645WAL5 | 11/14/14 | 200,000 | $105.45 | PACIFIC INVESTMENT MANAGEMENT COMPANY, LLC | Newport Beach, CA | CITIGROUPGLOBAL MARKETS INC SALOMON BRO | DTC |
| Transamerica Series Trust | 71645WAN1 | 02/22/13 | 100,000 | $122.76 | J.P. MORGAN INVESTMENT MANAGEMENT INC. | New York, NY | BARCLAYS BANK PLC LONDON BRANCH | DTC |
| Transamerica Series Trust | 71645WAN1 | 02/22/13 | 160,000 | $122.76 | J.P. MORGAN INVESTMENT MANAGEMENT INC. | New York, NY | BARCLAYS BANK PLC LONDON BRANCH | DTC |
| Transamerica Series Trust | 71645WAR2 | 02/01/12 | 36,000 | $104.18 | J.P. MORGAN INVESTMENT MANAGEMENT INC. | New York, NY | MORGAN STANLEY CO INCORPORATED | DTC |
| Transamerica Series Trust | 71645WAS0 | 02/22/13 | 100,000 | $114.86 | J.P. MORGAN INVESTMENT MANAGEMENT INC. | New York, NY | MORGAN STANLEY CO INCORPORATED | DTC |
| Transamerica Series Trust | 71645WAS0 | 02/22/13 | 100,000 | $114.86 | J.P. MORGAN INVESTMENT MANAGEMENT INC. | New York, NY | MORGAN STANLEY CO INCORPORATED | DTC |
| Transamerica Series Trust | 71645WAS0 | 10/22/14 | 75,000 | $102.11 | J.P. MORGAN INVESTMENT MANAGEMENT INC. | New York, NY | DEUTSCHE BANK SECURITIES INC | DTC |
| Transamerica Series Trust | 71645WAU5 | 11/14/14 | 2,400,000 | $99.92 | PACIFIC INVESTMENT MANAGEMENT COMPANY, LLC | Newport Beach, CA | MORGAN STANLEY CO INCORPORATED | DTC |
| Transamerica Series Trust | 71645WAU5 | 11/14/14 | 4,900,000 | $99.94 | PACIFIC INVESTMENT MANAGEMENT COMPANY, LLC | Newport Beach, CA | MORGAN STANLEY CO INCORPORATED | DTC |
| Transamerica Series Trust | 71645WAU5 | 11/14/14 | 1,200,000 | $99.88 | PACIFIC INVESTMENT MANAGEMENT COMPANY, LLC | Newport Beach, CA | MORGAN STANLEY CO INCORPORATED | DTC |
| Transamerica Series Trust | 71645WAU5 | 11/18/14 | 540,000 | $99.08 | PACIFIC INVESTMENT MANAGEMENT COMPANY, LLC | Newport Beach, CA | PERSHING LLC | DTC |
| Transamerica Series Trust | 71647NAC3 | 11/14/14 | 200,000 | $98.70 | PACIFIC INVESTMENT MANAGEMENT COMPANY, LLC | Newport Beach, CA | CITIGROUPGLOBAL MARKETS INC SALOMON BRO | DTC |
| Transamerica Series Trust | 71647NAD1 | 11/24/14 | 100,000 | $97.75 | PACIFIC INVESTMENT MANAGEMENT COMPANY, LLC | Newport Beach, CA | JP MORGANCHASE BANK/HSBCSI | DTC |
| Transamerica Series Trust | 71647NAF6 | 05/13/13* | 112,000 | $98.83 | J.P. MORGAN INVESTMENT MANAGEMENT INC. | New York, NY | MORGAN STANLEY CO INCORPORATED | DTC |
| Transamerica Series Trust | 71647NAF6 | 05/13/13* | 84,000 | $98.83 | J.P. MORGAN INVESTMENT MANAGEMENT INC. | New York, NY | MORGAN STANLEY CO INCORPORATED | DTC |
| Transamerica Series Trust | 71647NAG4 | 03/10/14* | 200,000 | $99.96 | J.P. MORGAN INVESTMENT MANAGEMENT INC. | New York, NY | HSBC SECURITIES INC. | DTC |
| Transamerica Series Trust | 71647NAJ8 | 11/14/14 | 300,000 | $99.50 | PACIFIC INVESTMENT MANAGEMENT COMPANY, LLC | Newport Beach, CA | J P MORGAN CHASE/J P MORGAN INTL | DTC |
| Transamerica Series Trust | 71647NAM1 | 03/10/14* | 354,000 | $99.77 | J.P. MORGAN INVESTMENT MANAGEMENT INC. | New York, NY | CITIGROUPGLOBAL MARKETS INC SALOMON BRO | DTC |
| Transamerica Series Trust | 71647NAM1 | 03/10/14* | 271,000 | $99.77 | J.P. MORGAN INVESTMENT MANAGEMENT INC. | New York, NY | CITIGROUPGLOBAL MARKETS INC SALOMON BRO | DTC |

* Denotes that the purchase was made in the 2013 or 2014 Offering.