**APPENDIX B**

| Plaintiff | CUSIP | Purchase Date | Units Purchased | Purchase Price | Investment Manager | Trade Executed (Location of Investment Manager) | Counterparty[1] | Settlement Location |
|---|---|---|---|---|---|---|---|---|
| John Hancock Funds II | 71645WAN1 | 6/2/2011 | 400,000 | $119.75 | PIMCO | Newport Beach, CA | THE BANK O F NY/DBAG LONDON GLOBAL | DTC |
| John Hancock Funds II | 71645WAN1 | 3/17/2014 | 1,500,000 | $113.69 | PIMCO | Newport Beach, CA | BROWN BROT HERS HARRIMAN + CO | DTC |
| John Hancock Funds II | 71645WAR2 | 1/20/2011 | 1,100,000 | $99.80 | PIMCO | Newport Beach, CA | CITIGROUP GLOBAL MARKETS INC SALOMON BRO | DTC |
| John Hancock Funds II | 71645WAT8 | 1/20/2011 | 3,000,000 | $99.66 | PIMCO | Newport Beach, CA | JPMORGAN SECURITIES INC | DTC |
| John Hancock Funds II | 71647NAG4 | 3/10/2014** | 2,900,000 | $99.96 | PIMCO | Newport Beach, CA | JP MORGAN CHASE BANK/HSBCSI | DTC |
| John Hancock Funds II | 71645WAS0 | 1/20/2011 | 15,000 | $100.22 | Western Asset Mgmt. Co. | Pasadena, CA | MORGAN STANLEY CO INCORPORATED | DTC |
| John Hancock Funds II | 71645WAS0 | 1/20/2011 | 15,000 | $100.18 | Western Asset Mgmt. Co. | Pasadena, CA | JPMORGAN C HASE BANK/RBS SECURITIES INC. | DTC |
| John Hancock Funds II | 71645WAS0 | 1/20/2011 | 220,000 | $99.29 | Western Asset Mgmt. Co. | Pasadena, CA | JP MORGAN CHASE BANK/HSBCSI | DTC |
| John Hancock Funds II | 71647NAF6 | 5/13/2013* | 3,400,000 | $98.83 | Western Asset Mgmt. Co. | Pasadena, CA | MORGAN STANLEY CO INCORPORATED | DTC |
| John Hancock Funds II | 71647NAM1 | 3/10/2014* | 1,010,000 | $99.77 | Western Asset Mgmt. Co. | Pasadena, CA | CITIGROUP GLOBAL MARKETS INC SALOMON BRO | DTC |
| John Hancock Funds II | 71645WAL5 | 11/14/2014 | 500,000 | $105.45 | PIMCO | Newport Beach, CA | CITIGROUP GLOBAL MARKETS INC SALOMON BRO | DTC |
| John Hancock Funds II | 71645WAN1 | 1/6/2015 | 600,000 | $100.50 | PIMCO | Newport Beach, CA | SSB CUSTODIAN | DTC |
| John Hancock Funds II | 71645WAT8 | 1/20/2011 | 5,900,000 | $99.66 | PIMCO | Newport Beach, CA | JPMORGAN SECURITIES INC | DTC |
| John Hancock Funds II | 71645WAT8 | 11/20/2014 | 200,000 | $100.40 | PIMCO | Newport Beach, CA | BANK OF AMERICA SECURITIES LLC | DTC |
| John Hancock Funds II | 71645WAT8 | 12/4/2014 | 200,000 | $100.45 | PIMCO | Newport Beach, CA | CITIGROUP GLOBAL MARKETS INC SALOMON BRO | DTC |
| John Hancock Funds II | 71645WAT8 | 1/8/2015 | 100,000 | $97.66 | PIMCO | Newport Beach, CA | CITIGROUP GLOBAL MARKETS INC SALOMON BRO | DTC |
| John Hancock Funds II | 71645WAU5 | 12/2/2014 | 100,000 | $98.92 | PIMCO | Newport Beach, CA | JP MORGAN CHASE BANK/HSBCSI | DTC |
| John Hancock Funds II | 71645WAU5 | 1/9/2015 | 100,000 | $94.75 | PIMCO | Newport Beach, CA | BARCLAYS BANK PLC LONDON BRANCH | DTC |
| John Hancock | 71645WAU5 | 1/12/2015 | 100,000 | $94.63 | PIMCO | Newport Beach, CA | MITSUBISHI UFJ SECURITIES | DTC |

[1] Counterparty names are taken from trading records and may not precisely correspond to the current legal names of the entities that traded with Plaintiffs.
* Denotes that the purchase was made in the 2013 or 2014 Offering.

| Plaintiff | CUSIP | Purchase Date | Units Purchased | Purchase Price | Investment Manager | Trade Executed (Location of Investment Manager) | Counterparty[1] | Settlement Location |
|---|---|---|---|---|---|---|---|---|
| Funds II | | | | | | | (USA), INC | |
| John Hancock Funds II | 71645WAV3 | 8/8/2014 | 221,000 | $100.99 | PIMCO | Newport Beach, CA | SOUTHWEST SECURITIES, INC. | DTC |
| John Hancock Funds II | 71645WAV3 | 9/9/2014 | 179,000 | $100.79 | PIMCO | Newport Beach, CA | SOUTHWEST SECURITIES, INC. | DTC |
| John Hancock Funds II | 71647NAB5 | 5/13/2013* | 400,000 | $99.35 | PIMCO | Newport Beach, CA | CITIGROUP GLOBAL MARKETS INC SALOMON BRO | DTC |
| John Hancock Funds II | 71647NAC3 | 11/19/2014 | 100,000 | $97.87 | PIMCO | Newport Beach, CA | BANK OF AMERICA SECURITIES LLC | DTC |
| John Hancock Funds II | 71647NAC3 | 11/20/2014 | 200,000 | $97.90 | PIMCO | Newport Beach, CA | BNP PARIBAS SECURITIES CORP./FIXED INCOME | DTC |
| John Hancock Funds II | 71647NAC3 | 12/4/2014 | 200,000 | $97.80 | PIMCO | Newport Beach, CA | BANK OF AMERICA SECURITIES LLC | DTC |
| John Hancock Funds II | 71647NAC3 | 12/5/2014 | 400,000 | $97.81 | PIMCO | Newport Beach, CA | BNP PARIBAS SECURITIES CORP./FIXED INCOME | DTC |
| John Hancock Funds II | 71647NAC3 | 1/15/2015 | 100,000 | $95.50 | PIMCO | Newport Beach, CA | CITIGROUP GLOBAL MARKETS INC SALOMON BRO | DTC |
| John Hancock Funds II | 71647NAD1 | 11/14/2014 | 500,000 | $98.70 | PIMCO | Newport Beach, CA | BANK OF AMERICA SECURITIES LLC | DTC |
| John Hancock Funds II | 71647NAD1 | 1/9/2015 | 100,000 | $94.20 | PIMCO | Newport Beach, CA | BANK OF AMERICA SECURITIES LLC | DTC |
| John Hancock Funds II | 71647NAE9 | 5/13/2013* | 400,000 | $100.00 | PIMCO | Newport Beach, CA | MORGAN STANLEY CO INCORPORATED | CED |
| John Hancock Funds II | 71647NAG4 | 11/14/2014 | 2,000,000 | $99.00 | PIMCO | Newport Beach, CA | BANK OF AMERICA SECURITIES LLC | DTC |
| John Hancock Funds II | 71647NAG4 | 1/6/2015 | 500,000 | $92.25 | PIMCO | Newport Beach, CA | SSB CUSTODIAN | DTC |
| John Hancock Funds II | 71647NAG4 | 1/8/2015 | 100,000 | $93.81 | PIMCO | Newport Beach, CA | MORGAN STANLEY CO INCORPORATED | DTC |
| John Hancock Funds II | 71647NAG4 | 1/8/2015 | 200,000 | $93.84 | PIMCO | Newport Beach, CA | BNP PARIBAS SECURITIES CORP./FIXED INCOME | DTC |
| John Hancock Funds II | 71647NAG4 | 1/20/2015 | 400,000 | $94.77 | PIMCO | Newport Beach, CA | JP MORGAN CHASE BANK/HSBCSI | DTC |
| John Hancock Funds II | 71647NAG4 | 1/20/2015 | 100,000 | $94.96 | PIMCO | Newport Beach, CA | CITIGROUP GLOBAL MARKETS INC SALOMON BRO | DTC |
| John Hancock Funds II | 71647NAJ8 | 11/14/2014 | 100,000 | $99.50 | PIMCO | Newport Beach, CA | J P MORGAN CHASE/J P MORGAN INTL | DTC |
| John Hancock Funds II | 71647NAJ8 | 11/19/2014 | 100,000 | $98.00 | PIMCO | Newport Beach, CA | CITIGROUP GLOBAL MARKETS INC SALOMON BRO | DTC |
| John Hancock Funds II | 71647NAJ8 | 1/5/2015 | 200,000 | $92.50 | PIMCO | Newport Beach, CA | BROWN BROTHERS HARRIMAN + CO | DTC |
| John Hancock Funds II | 71647NAJ8 | 1/7/2015 | 100,000 | $93.00 | PIMCO | Newport Beach, CA | BANK OF AMERICA SECURITIES LLC | DTC |
| John Hancock Funds II | 71647NAJ8 | 1/8/2015 | 200,000 | $93.50 | PIMCO | Newport Beach, CA | THE BANK OF NY/DBAG LONDON GLOBAL | DTC |
| John Hancock Funds II | 71647NAJ8 | 1/14/2015 | 300,000 | $93.63 | PIMCO | Newport Beach, CA | CITIGROUP GLOBAL MARKETS INC SALOMON BRO | DTC |

| Plaintiff | CUSIP | Purchase Date | Units Purchased | Purchase Price | Investment Manager | Trade Executed (Location of Investment Manager) | Counterparty[1] | Settlement Location |
|---|---|---|---|---|---|---|---|---|
| John Hancock Funds II | 71647NAL3 | 1/6/2015 | 100,000 | $87.75 | PIMCO | Newport Beach, CA | SSB CUSTODIAN | DTC |
| John Hancock Funds II | 71645WAT8 | 1/20/2011 | 4,300,000 | $99.66 | PIMCO | Newport Beach, CA | JPMORGAN SECURITIES INC | DTC |
| John Hancock Funds II | 71647NAJ8 | 3/10/2014* | 3,900,000 | $100.00 | PIMCO | Newport Beach, CA | JPMORGAN SECURITIES INC | DTC |
| John Hancock Funds II | 71645WAN1 | 6/16/2010 | 15,000 | $115.43 | Wells Capital Mgmt. | San Francisco, CA | BARCLAYS CAPITAL INC | DTC |
| John Hancock Funds II | 71645WAQ4 | 5/24/2010 | 150,000 | $101.00 | Wells Capital Mgmt. | San Francisco, CA | APEX CLEARING CORPORATION/SANTANDER | DTC |
| John Hancock Funds II | 71645WAQ4 | 7/26/2010 | 280,000 | $106.13 | Wells Capital Mgmt. | San Francisco, CA | CITIGROUP GLOBAL MARKETS INC SALOMON BRO | DTC |
| John Hancock Funds II | 71645WAQ4 | 8/18/2010 | 151,000 | $113.25 | Wells Capital Mgmt. | San Francisco, CA | MORGAN STANLEY CO INCORPORATED | DTC |
| John Hancock Funds II | 71645WAQ4 | 8/19/2010 | 165,000 | $113.38 | Wells Capital Mgmt. | San Francisco, CA | MORGAN STANLEY CO INCORPORATED | DTC |
| John Hancock Funds II | 71645WAR2 | 1/20/2011 | 1,135,000 | $99.80 | Wells Capital Mgmt. | San Francisco, CA | CITIGROUP GLOBAL MARKETS INC SALOMON BRO | DTC |
| John Hancock Funds II | 71645WAR2 | 10/21/2011 | 155,000 | $101.81 | Wells Capital Mgmt. | San Francisco, CA | RBS SECURITIES INC. | DTC |
| John Hancock Funds II | 71645WAR2 | 10/21/2011 | 155,000 | $101.76 | Wells Capital Mgmt. | San Francisco, CA | HSBC SECURITIES INC. | DTC |
| John Hancock Funds II | 71645WAR2 | 2/1/2012 | 1,965,000 | $104.18 | Wells Capital Mgmt. | San Francisco, CA | MORGAN STANLEY CO INCORPORATED | DTC |
| John Hancock Funds II | 71645WAR2 | 4/4/2013 | 170,000 | $109.56 | Wells Capital Mgmt. | San Francisco, CA | BARCLAYS CAPITAL BBPLC LONDON BRANCH | DTC |
| John Hancock Funds II | 71645WAS0 | 1/20/2011 | 650,000 | $99.29 | Wells Capital Mgmt. | San Francisco, CA | HSBC SECURITIES INC. | DTC |
| John Hancock Funds II | 71645WAS0 | 2/1/2012 | 655,000 | $111.21 | Wells Capital Mgmt. | San Francisco, CA | CITIGROUP GLOBAL MARKETS INC SALOMON BRO | DTC |
| John Hancock Funds II | 71645WAT8 | 1/20/2011 | 650,000 | $99.66 | Wells Capital Mgmt. | San Francisco, CA | J.P. MORGAN SECURITIES LLC | DTC |
| John Hancock Funds II | 71645WAU5 | 2/1/2012 | 2,455,000 | $99.42 | Wells Capital Mgmt. | San Francisco, CA | CITIGROUP GLOBAL MARKETS INC SALOMON BRO | DTC |
| John Hancock Funds II | 71645WAU5 | 2/7/2012 | 1,120,000 | $100.18 | Wells Capital Mgmt. | San Francisco, CA | CITIGROUP GLOBAL MARKETS INC SALOMON BRO | DTC |
| John Hancock Funds II | 71645WAU5 | 2/10/2012 | 10,000 | $100.56 | Wells Capital Mgmt. | San Francisco, CA | UBS SECURITIES LLC | DTC |
| John Hancock Funds II | 71645WAU5 | 2/14/2012 | 165,000 | $100.71 | Wells Capital Mgmt. | San Francisco, CA | NOMURA SECURITIES/FIXED INCOME | DTC |
| John Hancock Funds II | 71645WAU5 | 2/15/2012 | 330,000 | $100.92 | Wells Capital Mgmt. | San Francisco, CA | CITIGROUP GLOBAL MARKETS INC SALOMON BRO | DTC |
| John Hancock Funds II | 71645WAU5 | 3/12/2012 | 40,000 | $103.03 | Wells Capital Mgmt. | San Francisco, CA | MORGAN STANLEY CO INCORPORATED | DTC |
| John Hancock Funds II | 71645WAU5 | 3/21/2012 | 185,000 | $102.32 | Wells Capital Mgmt. | San Francisco, CA | J.P. MORGAN SECURITIES LLC | DTC |
| John Hancock | 71645WAU5 | 3/26/2012 | 5,000 | $102.53 | Wells Capital | San Francisco, CA | JEFFERIES + CO. - BOND | DTC |

| Plaintiff | CUSIP | Purchase Date | Units Purchased | Purchase Price | Investment Manager | Trade Executed (Location of Investment Manager) | Counterparty[1] | Settlement Location |
|---|---|---|---|---|---|---|---|---|
| Funds II | | | | | Mgmt. | | DIVISION | |
| John Hancock Funds II | 71645WAU5 | 4/11/2012 | 250,000 | $101.95 | Wells Capital Mgmt. | San Francisco, CA | HSBC SECURITIES INC. | DTC |
| John Hancock Funds II | 71645WAU5 | 5/9/2012 | 20,000 | $102.93 | Wells Capital Mgmt. | San Francisco, CA | MORGAN STANLEY CO INCORPORATED | DTC |
| John Hancock Funds II | 71645WAU5 | 8/16/2012 | 65,000 | $102.38 | Wells Capital Mgmt. | San Francisco, CA | NOMURA SECURITIES INTL., FIXED INCOME | DTC |
| John Hancock Funds II | 71645WAU5 | 10/9/2012 | 30,000 | $105.68 | Wells Capital Mgmt. | San Francisco, CA | THE BANK OF NY/DBAG LONDON GLOBAL | DTC |
| John Hancock Funds II | 71645WAU5 | 11/8/2012 | 30,000 | $105.51 | Wells Capital Mgmt. | San Francisco, CA | NOMURA SECURITIES INTL., FIXED INCOME | DTC |
| John Hancock Funds II | 71645WAU5 | 12/13/2012 | 20,000 | $104.56 | Wells Capital Mgmt. | San Francisco, CA | BARCLAYS CAPITAL INC | DTC |
| John Hancock Funds II | 71645WAU5 | 2/4/2013 | 40,000 | $103.17 | Wells Capital Mgmt. | San Francisco, CA | BNY CAPITAL MARKETS, INC. | DTC |
| John Hancock Funds II | 71645WAU5 | 3/6/2013 | 10,000 | $103.21 | Wells Capital Mgmt. | San Francisco, CA | JEFFERIES + CO. - BOND DIVISION | DTC |
| John Hancock Funds II | 71645WAU5 | 3/26/2013 | 15,000 | $103.03 | Wells Capital Mgmt. | San Francisco, CA | BARCLAYS CAPITAL BBPLC LONDON BRANCH | DTC |
| John Hancock Funds II | 71645WAV3 | 2/1/2012 | 1,310,000 | $99.50 | Wells Capital Mgmt. | San Francisco, CA | MORGAN STANLEY CO INCORPORATED | DTC |
| John Hancock Funds II | 71645WAV3 | 3/28/2012 | 25,000 | $102.89 | Wells Capital Mgmt. | San Francisco, CA | MILLENIUM ADVISORS LLC | DTC |
| John Hancock Funds II | 71645WAV3 | 5/14/2012 | 40,000 | $101.73 | Wells Capital Mgmt. | San Francisco, CA | J.P. MORGAN SECURITIES LLC | DTC |
| John Hancock Funds II | 71645WAV3 | 1/8/2013 | 40,000 | $102.55 | Wells Capital Mgmt. | San Francisco, CA | MORGAN STANLEY CO INCORPORATED | DTC |
| John Hancock Funds II | 71647NAB5 | 5/13/2013* | 1,410,000 | $99.35 | Wells Capital Mgmt. | San Francisco, CA | CITIGROUP GLOBAL MARKETS INC SALOMON BRO | DTC |
| John Hancock Funds II | 71647NAB5 | 6/11/2013 | 265,000 | $95.24 | Wells Capital Mgmt. | San Francisco, CA | BARCLAYS C PITAL BBPLC LONDON BRANCH | DTC |
| John Hancock Funds II | 71647NAB5 | 6/12/2013 | 270,000 | $95.78 | Wells Capital Mgmt. | San Francisco, CA | J.P. MORGAN SECURITIES LLC | DTC |
| John Hancock Funds II | 71647NAB5 | 3/18/2014 | 155,000 | $94.45 | Wells Capital Mgmt. | San Francisco, CA | HSBC SECURITIES INC. | DTC |
| John Hancock Funds II | 71647NAB5 | 3/18/2014 | 90,000 | $94.48 | Wells Capital Mgmt. | San Francisco, CA | BBVA SECURITIES INC | DTC |
| John Hancock Funds II | 71647NAB5 | 3/18/2014 | 180,000 | $94.47 | Wells Capital Mgmt. | San Francisco, CA | UBS SECURITIES LLC | DTC |
| John Hancock Funds II | 71647NAB5 | 3/18/2014 | 305,000 | $94.55 | Wells Capital Mgmt. | San Francisco, CA | J.P. MORGAN SECURITIES INC. | DTC |
| John Hancock Funds II | 71647NAB5 | 1/9/2015 | 110,000 | $88.75 | Wells Capital Mgmt. | San Francisco, CA | CREDIT SUISSE SECURITIES (USA) LLC | DTC |
| John Hancock Funds II | 71647NAC3 | 5/13/2013* | 880,000 | $99.58 | Wells Capital Mgmt. | San Francisco, CA | J.P. MORGAN SECURITIES LLC | DTC |
| John Hancock Funds II | 71647NAF6 | 5/13/2013* | 2,640,000 | $98.83 | Wells Capital Mgmt. | San Francisco, CA | MORGAN STANLEY CO INCORPORATED | DTC |

| Plaintiff | CUSIP | Purchase Date | Units Purchased | Purchase Price | Investment Manager | Trade Executed (Location of Investment Manager) | Counterparty[1] | Settlement Location |
|---|---|---|---|---|---|---|---|---|
| John Hancock Funds II | 71647NAH2 | 3/10/2014* | 910,000 | $99.74 | Wells Capital Mgmt. | San Francisco, CA | HSBC SECURITIES INC. | DTC |
| John Hancock Funds II | 71647NAH2 | 4/24/2014 | 605,000 | $101.39 | Wells Capital Mgmt. | San Francisco, CA | J.P. MORGAN SECURITIES INC. | DTC |
| John Hancock Funds II | 71647NAH2 | 1/9/2015 | 205,000 | $92.41 | Wells Capital Mgmt. | San Francisco, CA | CITIGROUP GLOBAL MARKETS INC SALOMON BRO | DTC |
| John Hancock Funds II | 71647NAM1 | 3/10/2014* | 120,000 | $99.77 | Wells Capital Mgmt. | San Francisco, CA | CITIGROUP GLOBAL MARKETS INC SALOMON BRO | DTC |
| John Hancock Funds II | 71645WAN1 | 1/13/2014 | 780,000 | $113.95 | Wellington Mgmt. Co. | Boston, MA | HSBC SECURITIES (USA) INC. | CED |
| John Hancock Funds II | 71645WAP6 | 9/28/2012 | 925,000 | $114.65 | Wellington Mgmt. Co. | Boston, MA | BARCLAYS CAPITAL | CED |
| John Hancock Funds II | 71645WAR2 | 1/20/2011 | 1,600,000 | $99.80 | Wellington Mgmt. Co. | Boston, MA | CITIGROUP GLOBAL MARKETS INC. | CED |
| John Hancock Funds II | 71645WAR2 | 11/13/2012 | 375,000 | $112.17 | Wellington Mgmt. Co. | Boston, MA | MORGAN STANLEY CO INCORPORATED | CED |
| John Hancock Funds II | 71645WAS0 | 2/1/2012 | 610,000 | $111.21 | Wellington Mgmt. Co. | Boston, MA | CITIGROUP GLOBAL MARKETS INC. | CED |
| John Hancock Funds II | 71645WAT8 | 4/24/2012 | 720,000 | $104.67 | Wellington Mgmt. Co. | Boston, MA | MORGAN STANLEY CO INCORPORATED | CED |
| John Hancock Funds II | 71645WAT8 | 8/23/2012 | 210,000 | $104.89 | Wellington Mgmt. Co. | Boston, MA | MORGAN STANLEY CO INCORPORATED | CED |
| John Hancock Funds II | 71647NAB5 | 5/13/2013* | 240,000 | $99.35 | Wellington Mgmt. Co. | Boston, MA | CITIGROUP GLOBAL MARKETS INC SALOMON BRO | DTC |
| John Hancock Funds II | 71647NAF6 | 5/13/2013* | 215,000 | $98.83 | Wellington Mgmt. Co. | Boston, MA | MORGAN STANLEY CO INCORPORATED | DTC |
| John Hancock Funds II | 71645WAN1 | 11/3/2011 | 200,000 | $122.06 | T Rowe Price | Baltimore, MD | GOLDMAN SACHS + CO | CED |
| John Hancock Funds II | 71645WAQ4 | 9/27/2011 | 100,000 | $106.45 | T Rowe Price | Baltimore, MD | CITIBANK N.A. | CED |
| John Hancock Funds II | 71645WAQ4 | 11/14/2011 | 50,000 | $119.02 | T Rowe Price | Baltimore, MD | CREDIT SUISSE SECURITIES (USA) LLC | CED |
| John Hancock Funds II | 71645WAQ4 | 11/15/2011 | 50,000 | $119.08 | T Rowe Price | Baltimore, MD | CREDIT SUISSE SECURITIES (USA) LLC | CED |
| John Hancock Funds II | 71645WAR2 | 9/30/2011 | 150,000 | $101.23 | T Rowe Price | Baltimore, MD | RBS SECURITIES INC. | CED |
| John Hancock Funds II | 71645WAR2 | 11/7/2011 | 200,000 | $107.96 | T Rowe Price | Baltimore, MD | JP MORGAN SECURITIES PLC | CED |
| John Hancock Funds II | 71645WAR2 | 2/1/2012 | 90,000 | $104.18 | T Rowe Price | Baltimore, MD | MORGAN STANLEY AND CO. INTERNATIONAL | CED |
| John Hancock Funds II | 71645WAR2 | 8/18/2014 | 375,000 | $103.67 | T Rowe Price | Baltimore, MD | BARCLAYS CAPITAL | CED |
| John Hancock Funds II | 71645WAR2 | 1/6/2015 | 75,000 | $89.62 | T Rowe Price | Baltimore, MD | DEUTSCHE BANK AG LONDON | EUR |
| John Hancock Funds II | 71645WAR2 | 1/8/2015 | 180,000 | $93.49 | T Rowe Price | Baltimore, MD | DEUTSCHE BANK AG LONDON | EUR |

| Plaintiff | CUSIP | Purchase Date | Units Purchased | Purchase Price | Investment Manager | Trade Executed (Location of Investment Manager) | Counterparty[1] | Settlement Location |
|---|---|---|---|---|---|---|---|---|
| John Hancock Funds II | 71645WAR2 | 1/8/2015 | 180,000 | $93.76 | T Rowe Price | Baltimore, MD | DEUTSCHE BANK AG LONDON | EUR |
| John Hancock Funds II | 71645WAR2 | 1/9/2015 | 180,000 | $93.71 | T Rowe Price | Baltimore, MD | DEUTSCHE BANK AG LONDON | EUR |
| John Hancock Funds II | 71645WAR2 | 1/9/2015 | 55,000 | $93.30 | T Rowe Price | Baltimore, MD | DEUTSCHE BANK AG LONDON | EUR |
| John Hancock Funds II | 71645WAR2 | 1/12/2015 | 20,000 | $92.88 | T Rowe Price | Baltimore, MD | DEUTSCHE BANK AG LONDON | EUR |
| John Hancock Funds II | 71645WAR2 | 1/12/2015 | 175,000 | $93.27 | T Rowe Price | Baltimore, MD | DEUTSCHE BANK AG LONDON | EUR |
| John Hancock Funds II | 71645WAR2 | 1/13/2015 | 90,000 | $92.95 | T Rowe Price | Baltimore, MD | DEUTSCHE BANK AG LONDON | EUR |
| John Hancock Funds II | 71645WAR2 | 1/14/2015 | 85,000 | $93.01 | T Rowe Price | Baltimore, MD | DEUTSCHE BANK AG LONDON | EUR |
| John Hancock Funds II | 71645WAR2 | 1/15/2015 | 35,000 | $93.93 | T Rowe Price | Baltimore, MD | DEUTSCHE BANK AG LONDON | EUR |
| John Hancock Funds II | 71647NAA7 | 5/13/2013* | 365,000 | $98.03 | T Rowe Price | Baltimore, MD | HSBC SECURITIES (USA) INC. | CED |
| John Hancock Funds II | 71647NAA7 | 9/9/2014 | 240,000 | $94.64 | T Rowe Price | Baltimore, MD | NOMURA SECURITIES INTERNATIONAL INC | EUR |
| John Hancock Funds II | 71647NAC3 | 5/13/2013* | 165,000 | $99.58 | T Rowe Price | Baltimore, MD | JPMORGAN SECURITIES INC | DTC |
| John Hancock Funds II | 71647NAF6 | 5/13/2013* | 135,000 | $98.83 | T Rowe Price | Baltimore, MD | MORGAN STANLEY CO INCORPORATED | DTC |
| John Hancock Funds II | 71647NAF6 | 5/13/2013* | 120,000 | $98.83 | T Rowe Price | Baltimore, MD | MORGAN STANLEY CO INCORPORATED | DTC |
| John Hancock Funds II | 71647NAF6 | 5/15/2013 | 95,000 | $100.36 | T Rowe Price | Baltimore, MD | BARCLAYS CAPITAL | CED |
| John Hancock Funds II | 71647NAF6 | 2/24/2014 | 120,000 | $89.57 | T Rowe Price | Baltimore, MD | BARCLAYS CAPITAL | CED |
| John Hancock Funds II | 71647NAF6 | 11/5/2014 | 400,000 | $94.36 | T Rowe Price | Baltimore, MD | NOMURA SECURITIES INTERNATIONAL INC | EUR |
| John Hancock Funds II | 71647NAG4 | 3/10/2014* | 225,000 | $99.96 | T Rowe Price | Baltimore, MD | HSBC SECURITIES (USA) INC. | CED |
| John Hancock Funds II | 71647NAH2 | 3/10/2014* | 545,000 | $99.74 | T Rowe Price | Baltimore, MD | HSBC SECURITIES (USA) INC. | CED |
| John Hancock Funds II | 71647NAH2 | 3/10/2014* | 340,000 | $99.74 | T Rowe Price | Baltimore, MD | HSBC SECURITIES (USA) INC. | CED |
| John Hancock Funds II | 71647NAH2 | 3/10/2014* | 175,000 | $99.74 | T Rowe Price | Baltimore, MD | HSBC SECURITIES (USA) INC. | CED |
| John Hancock Funds II | 71647NAH2 | 3/19/2014 | 55,000 | $100.61 | T Rowe Price | Baltimore, MD | BARCLAYS CAPITAL | CED |
| John Hancock Funds II | 71647NAH2 | 3/19/2014 | 125,000 | $100.04 | T Rowe Price | Baltimore, MD | BARCLAYS CAPITAL | CED |
| John Hancock Funds II | 71647NAM1 | 3/10/2014* | 160,000 | $99.77 | T Rowe Price | Baltimore, MD | CITIBANK N.A. | CED |

| Plaintiff | CUSIP | Purchase Date | Units Purchased | Purchase Price | Investment Manager | Trade Executed (Location of Investment Manager) | Counterparty[1] | Settlement Location |
|---|---|---|---|---|---|---|---|---|
| John Hancock Funds II | 71645WAR2 | 3/11/2014 | 1,315,000 | $100.36 | Manulife AM US Boston | Boston, MA | BARCLAYS BANK PLC LONDON BRANCH | DTC |
| John Hancock Funds II | 71647NAF6 | 5/13/2013* | 1,215,000 | $98.83 | Manulife AM US Boston | Boston, MA | MORGAN STANLEY CO INCORPORATED | DTC |
| John Hancock Funds II | 71645WAR2 | 1/20/2011 | 2,660,000 | $99.80 | Manulife AM US Boston | Boston, MA | CITIGROUP GLOBAL MARKETS INC SALOMON BRO | DTC |
| John Hancock Funds II | 71645WAR2 | 7/28/2011 | 675,000 | $105.81 | Manulife AM US Boston | Boston, MA | JP MORGAN CHASE BANK/HSBCSI | DTC |
| John Hancock Funds II | 71645WAR2 | 12/15/2011 | 265,000 | $104.50 | Manulife AM US Boston | Boston, MA | CITIBANK, N.A. | DTC |
| John Hancock Funds II | 71645WAR2 | 8/2/2013 | 340,000 | $99.94 | Manulife AM US Boston | Boston, MA | BARCLAYS BANK PLC | CED |
| John Hancock Funds II | 71647NAF6 | 5/13/2013* | 16,140,000 | $98.83 | Manulife AM US Boston | Boston, MA | MORGAN STANLEY CO INCORPORATED | DTC |
| John Hancock Funds II | 71647NAF6 | 8/2/2013 | 325,000 | $90.00 | Manulife AM US Boston | Boston, MA | MORGAN STANLEY AND CO. INTERNATIONAL | CED |
| John Hancock Funds II | 71647NAF6 | 11/14/2014 | 45,000 | $89.42 | Manulife AM US Boston | Boston, MA | JP MORGAN CHASE BANK/HSBCSI | DTC |
| John Hancock Funds II | 71645WAR2 | 1/20/2011 | 100,000 | $99.80 | Manulife AM US Boston | Boston, MA | CITIGROUP GLOBAL MARKETS INC SALOMON BRO | DTC |
| John Hancock Funds II | 71645WAR2 | 2/1/2012 | 250,000 | $104.18 | Manulife AM US Boston | Boston, MA | MORGAN STANLEY CO INCORPORATED | DTC |
| John Hancock Funds II | 71645WAR2 | 5/2/2013 | 200,000 | $111.35 | Manulife AM US Boston | Boston, MA | PERSHING LLC | DTC |
| John Hancock Funds II | 71645WAR2 | 6/20/2013 | 250,000 | $99.86 | Manulife AM US Boston | Boston, MA | CANTOR FITZGERALD + CO | DTC |
| John Hancock Funds II | 71645WAR2 | 7/11/2013 | 450,000 | $99.62 | Manulife AM US Boston | Boston, MA | JP MORGAN CHASE BANK/HSBCSI | DTC |
| John Hancock Funds II | 71645WAR2 | 7/26/2013 | 280,000 | $100.53 | Manulife AM US Boston | Boston, MA | JP MORGAN CHASE BANK/HSBCSI | DTC |
| John Hancock Funds II | 71645WAR2 | 6/18/2014 | 150,000 | $103.22 | Manulife AM US Boston | Boston, MA | UBS SECURITIES LLC | DTC |
| John Hancock Funds II | 71645WAR2 | 7/1/2014 | 100,000 | $103.86 | Manulife AM US Boston | Boston, MA | BARCLAYS BANK PLC LONDON BRANCH | DTC |
| John Hancock Funds II | 71645WAS0 | 6/24/2014 | 6,000,000 | $104.04 | Manulife AM US Boston | Boston, MA | GOLDMAN SACHS + CO | DTC |
| John Hancock Funds II | 71645WAS0 | 9/3/2014 | 6,602,000 | $111.84 | Manulife AM US Boston | Boston, MA | MORGAN STANLEY CO INCORPORATED | DTC |
| John Hancock Funds II | 71645WAS0 | 9/26/2014 | 5,500,000 | $104.32 | Manulife AM US Boston | Boston, MA | BARCLAYS BANK PLC LONDON BRANCH | DTC |
| John Hancock Funds II | 71645WAS0 | 10/20/2014 | 3,100,000 | $103.84 | Manulife AM US Boston | Boston, MA | J.P. MORGAN CLEARING CORP. | DTC |
| John Hancock Funds II | 71645WAS0 | 11/14/2014 | 3,000,000 | $92.75 | Manulife AM US Boston | Boston, MA | MORGAN STANLEY CO INCORPORATED | DTC |
| John Hancock Funds II | 71647NAF6 | 5/13/2013* | 200,000 | $98.83 | Manulife AM US Boston | Boston, MA | MORGAN STANLEY CO INCORPORATED | DTC |

| Plaintiff | CUSIP | Purchase Date | Units Purchased | Purchase Price | Investment Manager | Trade Executed (Location of Investment Manager) | Counterparty[1] | Settlement Location |
|---|---|---|---|---|---|---|---|---|
| John Hancock Funds II | 71647NAF6 | 6/20/2013 | 300,000 | $90.92 | Manulife AM US Boston | Boston, MA | CANTOR FITZGERALD + CO | DTC |
| John Hancock Funds II | 71647NAF6 | 7/11/2013 | 500,000 | $90.04 | Manulife AM US Boston | Boston, MA | BNP PARIBAS SECURITIES CORP./FIXED INCOM | DTC |
| John Hancock Funds II | 71647NAF6 | 7/26/2013 | 150,000 | $90.97 | Manulife AM US Boston | Boston, MA | JP MORGAN CHASE BANK/HSBCSI | DTC |
| John Hancock Funds II | 71647NAF6 | 6/18/2014 | 150,000 | $95.21 | Manulife AM US Boston | Boston, MA | THE BANK OF NY/DBAG LONDON GLOBAL | DTC |
| John Hancock Funds II | 71647NAF6 | 6/18/2014 | 150,000 | $94.61 | Manulife AM US Boston | Boston, MA | PERSHING L LC | DTC |
| John Hancock Funds II | 71647NAF6 | 7/1/2014 | 100,000 | $95.30 | Manulife AM US Boston | Boston, MA | J.P. MORGAN CLEARING CORP. | DTC |
| John Hancock Funds II | 71645WAR2 | 3/11/2014 | 30,000 | $100.36 | Manulife AM US Boston | Boston, MA | BARCLAYS BANK PLC LONDON BRANCH | DTC |
| John Hancock Funds II | 71647NAF6 | 5/13/2013* | 40,000 | $98.83 | Manulife AM US Boston | Boston, MA | MORGAN STANLEY CO INCORPORATED | DTC |
| John Hancock Sovereign Bond Fund | 71645WAR2 | 3/11/2014 | 2,840,000 | $100.36 | Manulife AM US Boston | Boston, MA | BARCLAYS BANK PLC LONDON BRANCH | DTC |
| John Hancock Sovereign Bond Fund | 71647NAF6 | 5/13/2013* | 2,590,000 | $98.83 | Manulife AM US Boston | Boston, MA | MORGAN STANLEY CO INCORPORATED | DTC |
| John Hancock Bond Trust | 71645WAR2 | 3/11/2014 | 325,000 | $100.36 | Manulife AM US Boston | Boston, MA | BARCLAYS BANK PLC LONDON BRANCH | DTC |
| John Hancock Bond Trust | 71647NAF6 | 5/13/2013* | 320,000 | $98.83 | Manulife AM US Boston | Boston, MA | MORGAN STANLEY CO INCORPORATED | DTC |
| John Hancock Strategic Series | 71645WAR2 | 1/20/2011 | 5,035,000 | $99.80 | Manulife AM US Boston | Boston, MA | CITIGROUP GLOBAL MARKETS INC SALOMON BRO | DTC |
| John Hancock Strategic Series | 71647NAF6 | 5/13/2013* | 15,065,000 | $98.83 | Manulife AM US Boston | Boston, MA | MORGAN STANLEY CO INCORPORATED | DTC |
| John Hancock Strategic Series | 71647NAF6 | 7/15/2013 | 325,000 | $90.87 | Manulife AM US Boston | Boston, MA | CANTOR FITZGERALD + CO | DTC |
| John Hancock Investment Trust | 71645WAR2 | 3/11/2014 | 730,000 | $100.36 | Manulife AM US Boston | Boston, MA | BARCLAYS BANK PLC LONDON BRANCH | DTC |
| John Hancock Investment Trust | 71647NAF6 | 5/13/2013* | 430,000 | $98.83 | Manulife AM US Boston | Boston, MA | MORGAN STANLEY CO INCORPORATED | DTC |
| John Hancock Investment Trust | 71647NAF6 | 12/23/2013 | 100,000 | $89.34 | Manulife AM US Boston | Boston, MA | BANK OF NEW YORK | DTC |
| JHF Income Securities Trust | 71645WAR2 | 3/11/2014 | 415,000 | $100.36 | Manulife AM US Boston | Boston, MA | BARCLAYS BANK PLC LONDON BRANCH | DTC |
| JHF Income Securities Trust | 71647NAF6 | 5/13/2013* | 365,000 | $98.83 | Manulife AM US Boston | Boston, MA | MORGAN STANLEY CO INCORPORATED | DTC |
| JHF Investors Trust | 71645WAR2 | 2/1/2012 | 500,000 | $104.18 | Manulife AM US Boston | Boston, MA | MORGAN STANLEY CO INCORPORATED | DTC |
| John Hancock Variable Insurance Trust | 71647NAJ8 | 3/10/2014* | 700,000 | $100.00 | PIMCO | Newport Beach, CA | JPMORGAN SECURITIES INC | DTC |

| Plaintiff | CUSIP | Purchase Date | Units Purchased | Purchase Price | Investment Manager | Trade Executed (Location of Investment Manager) | Counterparty[1] | Settlement Location |
|---|---|---|---|---|---|---|---|---|
| John Hancock Variable Insurance Trust | 71647NAF6 | 5/13/2013* | 2,050,000 | $98.83 | Wellington Mgmt. Co. | Boston, MA | MORGAN STANLEY CO INCORPORATED | DTC |
| John Hancock Variable Insurance Trust | 71645WAQ4 | 5/24/2010 | 425,000 | $101.00 | Wells Capital Mgmt. | San Francisco, CA | APEX CLEARING CORPORATION/SANTANDER | DTC |
| John Hancock Variable Insurance Trust | 71645WAQ4 | 7/26/2010 | 720,000 | $106.13 | Wells Capital Mgmt. | San Francisco, CA | CITIGROUP GLOBAL MARKETS INC SALOMON BRO | DTC |
| John Hancock Variable Insurance Trust | 71645WAQ4 | 8/18/2010 | 513,000 | $113.25 | Wells Capital Mgmt. | San Francisco, CA | MORGAN STANLEY CO INCORPORATED | DTC |
| John Hancock Variable Insurance Trust | 71645WAQ4 | 8/19/2010 | 480,000 | $113.38 | Wells Capital Mgmt. | San Francisco, CA | MORGAN STANLEY CO INCORPORATED | DTC |
| John Hancock Variable Insurance Trust | 71645WAR2 | 1/20/2011 | 3,520,000 | $99.80 | Wells Capital Mgmt. | San Francisco, CA | CITIGROUP GLOBAL MARKETS INC SALOMON BRO | DTC |
| John Hancock Variable Insurance Trust | 71645WAS0 | 1/20/2011 | 2,010,000 | $99.29 | Wells Capital Mgmt. | San Francisco, CA | HSBC SECURITIES INC. | DTC |
| John Hancock Variable Insurance Trust | 71645WAT8 | 1/20/2011 | 2,010,000 | $99.66 | Wells Capital Mgmt. | San Francisco, CA | J.P. MORGAN SECURITIES LLC | DTC |
| John Hancock Variable Insurance Trust | 71645WAR2 | 10/21/2011 | 450,000 | $101.81 | Wells Capital Mgmt. | San Francisco, CA | RBS SECURITIES INC. | DTC |
| John Hancock Variable Insurance Trust | 71645WAR2 | 10/21/2011 | 450,000 | $101.76 | Wells Capital Mgmt. | San Francisco, CA | HSBC SECURITIES INC. | DTC |
| John Hancock Variable Insurance Trust | 71645WAR2 | 2/1/2012 | 5,510,000 | $104.18 | Wells Capital Mgmt. | San Francisco, CA | MORGAN STANLEY CO INCORPORATED | DTC |
| John Hancock Variable Insurance Trust | 71645WAS0 | 2/1/2012 | 1,835,000 | $111.21 | Wells Capital Mgmt. | San Francisco, CA | CITIGROUP GLOBAL MARKETS INC SALOMON BRO | DTC |
| John Hancock Variable Insurance Trust | 71645WAU5 | 2/1/2012 | 6,890,000 | $99.42 | Wells Capital Mgmt. | San Francisco, CA | CITIGROUP GLOBAL MARKETS INC SALOMON BRO | DTC |
| John Hancock Variable Insurance Trust | 71645WAV3 | 2/1/2012 | 3,675,000 | $99.50 | Wells Capital Mgmt. | San Francisco, CA | MORGAN STANLEY CO INCORPORATED | DTC |
| John Hancock Variable Insurance Trust | 71645WAU5 | 2/7/2012 | 3,110,000 | $100.18 | Wells Capital Mgmt. | San Francisco, CA | CITIGROUP GLOBAL MARKETS INC SALOMON BRO | DTC |
| John Hancock Variable Insurance Trust | 71645WAR2 | 2/10/2012 | 5,000 | $105.83 | Wells Capital Mgmt. | San Francisco, CA | DEUTSCHE BANK SECURITIES INC | DTC |

| Plaintiff | CUSIP | Purchase Date | Units Purchased | Purchase Price | Investment Manager | Trade Executed (Location of Investment Manager) | Counterparty[1] | Settlement Location |
|---|---|---|---|---|---|---|---|---|
| John Hancock Variable Insurance Trust | 71645WAS0 | 2/10/2012 | 5,000 | $113.49 | Wells Capital Mgmt. | San Francisco, CA | SCOTIA CAPITAL (USA) INC | DTC |
| John Hancock Variable Insurance Trust | 71645WAU5 | 2/10/2012 | 10,000 | $100.56 | Wells Capital Mgmt. | San Francisco, CA | UBS SECURITIES LLC | DTC |
| John Hancock Variable Insurance Trust | 71645WAU5 | 2/14/2012 | 460,000 | $100.71 | Wells Capital Mgmt. | San Francisco, CA | NOMURA SECURITIES/FIXED INCOME | DTC |
| John Hancock Variable Insurance Trust | 71645WAU5 | 2/15/2012 | 910,000 | $100.92 | Wells Capital Mgmt. | San Francisco, CA | CITIGROUP GLOBAL MARKETS INC SALOMON BRO | DTC |
| John Hancock Variable Insurance Trust | 71645WAU5 | 3/12/2012 | 105,000 | $103.03 | Wells Capital Mgmt. | San Francisco, CA | MORGAN STANLEY CO INCORPORATED | DTC |
| John Hancock Variable Insurance Trust | 71645WAU5 | 3/21/2012 | 470,000 | $102.32 | Wells Capital Mgmt. | San Francisco, CA | J.P. MORGAN SECURITIES LLC | DTC |
| John Hancock Variable Insurance Trust | 71645WAV3 | 3/28/2012 | 45,000 | $102.89 | Wells Capital Mgmt. | San Francisco, CA | MILLENIUM ADVISORS LLC | DTC |
| John Hancock Variable Insurance Trust | 71645WAU5 | 4/11/2012 | 415,000 | $101.95 | Wells Capital Mgmt. | San Francisco, CA | HSBC SECURITIES INC. | DTC |
| John Hancock Variable Insurance Trust | 71645WAU5 | 10/9/2012 | 65,000 | $105.68 | Wells Capital Mgmt. | San Francisco, CA | THE BANK OF NY/DBAG LONDON GLOBAL | DTC |
| John Hancock Variable Insurance Trust | 71645WAU5 | 11/8/2012 | 5,000 | $105.51 | Wells Capital Mgmt. | San Francisco, CA | NOMURA SECURITIES INTL., FIXED INCOME | DTC |
| John Hancock Variable Insurance Trust | 71645WAV3 | 1/8/2013 | 5,000 | $102.55 | Wells Capital Mgmt. | San Francisco, CA | MORGAN STANLEY CO INCORPORATED | DTC |
| John Hancock Variable Insurance Trust | 71645WAU5 | 4/3/2013 | 105,000 | $103.65 | Wells Capital Mgmt. | San Francisco, CA | JEFFERIES + CO. - BOND DIVISION | DTC |
| John Hancock Variable Insurance Trust | 71645WAR2 | 4/4/2013 | 445,000 | $109.56 | Wells Capital Mgmt. | San Francisco, CA | BARCLAYS CAPITAL BBPLC LONDON BRANCH | DTC |
| John Hancock Variable Insurance Trust | 71647NAB5 | 5/13/2013* | 3,565,000 | $99.35 | Wells Capital Mgmt. | San Francisco, CA | CITIGROUP GLOBAL MARKETS INC SALOMON BRO | DTC |
| John Hancock Variable Insurance Trust | 71647NAC3 | 5/13/2013* | 2,225,000 | $99.58 | Wells Capital Mgmt. | San Francisco, CA | J.P. MORGAN SECURITIES LLC | DTC |
| John Hancock Variable Insurance Trust | 71647NAF6 | 5/13/2013* | 6,680,000 | $98.83 | Wells Capital Mgmt. | San Francisco, CA | MORGAN STANLEY CO INCORPORATED | DTC |

| Plaintiff | CUSIP | Purchase Date | Units Purchased | Purchase Price | Investment Manager | Trade Executed (Location of Investment Manager) | Counterparty[1] | Settlement Location |
|---|---|---|---|---|---|---|---|---|
| John Hancock Variable Insurance Trust | 71647NAB5 | 6/11/2013 | 915,000 | $95.24 | Wells Capital Mgmt. | San Francisco, CA | BARCLAYS CAPITAL BBPLC LONDON BRANCH | DTC |
| John Hancock Variable Insurance Trust | 71647NAB5 | 6/12/2013 | 735,000 | $95.78 | Wells Capital Mgmt. | San Francisco, CA | J.P. MORGAN SECURITIES LLC | DTC |
| John Hancock Variable Insurance Trust | 71647NAB5 | 7/31/2013 | 10,000 | $92.83 | Wells Capital Mgmt. | San Francisco, CA | CANTOR FITZGERALD + CO | DTC |
| John Hancock Variable Insurance Trust | 71647NAH2 | 3/10/2014* | 2,820,000 | $99.74 | Wells Capital Mgmt. | San Francisco, CA | HSBC SECURITIES INC. | DTC |
| John Hancock Variable Insurance Trust | 71647NAM1 | 3/10/2014* | 380,000 | $99.77 | Wells Capital Mgmt. | San Francisco, CA | CITIGROUP GLOBAL MARKETS INC SALOMON BRO | DTC |
| John Hancock Variable Insurance Trust | 71647NAB5 | 3/18/2014 | 475,000 | $94.45 | Wells Capital Mgmt. | San Francisco, CA | HSBC SECURITIES INC. | DTC |
| John Hancock Variable Insurance Trust | 71647NAB5 | 3/18/2014 | 280,000 | $94.48 | Wells Capital Mgmt. | San Francisco, CA | BBVA SECURITIES INC | DTC |
| John Hancock Variable Insurance Trust | 71647NAB5 | 3/18/2014 | 565,000 | $94.47 | Wells Capital Mgmt. | San Francisco, CA | UBS SECURITIES LLC | DTC |
| John Hancock Variable Insurance Trust | 71647NAB5 | 3/18/2014 | 945,000 | $94.55 | Wells Capital Mgmt. | San Francisco, CA | J.P. MORGAN SECURITIES INC. | DTC |
| John Hancock Variable Insurance Trust | 71647NAH2 | 4/24/2014 | 1,870,000 | $101.39 | Wells Capital Mgmt. | San Francisco, CA | J.P. MORGAN SECURITIES INC. | DTC |
| John Hancock Variable Insurance Trust | 71645WAM3 | 6/24/2010 | 2,400,000 | $104.00 | T Rowe Price | Baltimore, MD | BANCO SANT ANDER CENTRAL HISPANO | CED |
| John Hancock Variable Insurance Trust | 71647NAF6 | 5/13/2013* | 2,080,000 | $98.83 | T Rowe Price | Baltimore, MD | MORGAN STANLEY CO INCORPORATED | DTC |
| John Hancock Variable Insurance Trust | 71645WAR2 | 1/20/2011 | 1,400,000 | $99.80 | Wellington Mgmt. Co. | Boston, MA | CITIGROUP GLOBAL MARKETS INC. | CED |
| John Hancock Variable Insurance Trust | 71645WAS0 | 2/1/2012 | 396,000 | $111.21 | Wellington Mgmt. Co. | Boston, MA | CITIGROUP GLOBAL MARKETS INC. | CED |
| John Hancock Variable Insurance Trust | 71645WAT8 | 4/24/2012 | 555,000 | $104.67 | Wellington Mgmt. Co. | Boston, MA | MORGAN STANLEY CO INCORPORATED | CED |
| John Hancock Variable Insurance Trust | 71645WAT8 | 8/23/2012 | 185,000 | $104.89 | Wellington Mgmt. Co. | Boston, MA | MORGAN STANLEY CO INCORPORATED | CED |

| Plaintiff | CUSIP | Purchase Date | Units Purchased | Purchase Price | Investment Manager | Trade Executed (Location of Investment Manager) | Counterparty[1] | Settlement Location |
|---|---|---|---|---|---|---|---|---|
| John Hancock Variable Insurance Trust | 71645WAP6 | 9/28/2012 | 725,000 | $114.65 | Wellington Mgmt. Co. | Boston, MA | BARCLAYS CAPITAL | CED |
| John Hancock Variable Insurance Trust | 71645WAR2 | 11/13/2012 | 300,000 | $112.17 | Wellington Mgmt. Co. | Boston, MA | MORGAN STANLEY CO INCORPORATED | CED |
| John Hancock Variable Insurance Trust | 71647NAB5 | 5/13/2013* | 310,000 | $99.35 | Wellington Mgmt. Co. | Boston, MA | CITIGROUP GLOBAL MARKETS INC SALOMON BRO | DTC |
| John Hancock Variable Insurance Trust | 71645WAN1 | 1/13/2014 | 780,000 | $113.95 | Wellington Mgmt. Co. | Boston, MA | HSBC SECURITIES (USA) INC. | CED |
| John Hancock Variable Insurance Trust | 71645WAR2 | 1/20/2011 | 1,600,000 | $99.80 | PIMCO | Newport Beach, CA | CITIGROUP GLOBAL MARKETS INC SALOMON BRO | DTC |
| John Hancock Variable Insurance Trust | 71645WAT8 | 1/20/2011 | 3,400,000 | $99.66 | PIMCO | Newport Beach, CA | JPMORGAN SECURITIES INC | DTC |
| John Hancock Variable Insurance Trust | 71645WAN1 | 6/2/2011 | 500,000 | $119.75 | PIMCO | Newport Beach, CA | THE BANK OF NY/DBAG LONDON GLOBAL | DTC |
| John Hancock Variable Insurance Trust | 71647NAG4 | 3/10/2014* | 4,300,000 | $99.96 | PIMCO | Newport Beach, CA | JP MORGAN CHASE BANK/HSBCSI | DTC |
| John Hancock Variable Insurance Trust | 71647NAG4 | 3/19/2014 | 100,000 | $100.56 | PIMCO | Newport Beach, CA | MORGAN STANLEY CO INCORPORATED | DTC |
| John Hancock Variable Insurance Trust | 71647NAG4 | 3/19/2014 | 1,700,000 | $100.47 | PIMCO | Newport Beach, CA | JP MORGAN CHASE BANK/HSBCSI | DTC |
| John Hancock Variable Insurance Trust | 71647NAL3 | 3/20/2014 | 1,300,000 | $100.10 | PIMCO | Newport Beach, CA | J.P. MORGAN CLEARING CORP. | DTC |
| John Hancock Variable Insurance Trust | 71645WAS0 | 1/20/2011 | 5,000 | $100.18 | Western Asset Mgmt. Co. | Pasadena, CA | JPMORGAN CHASE BANK/RBS SECURITIES INC. | DTC |
| John Hancock Variable Insurance Trust | 71645WAS0 | 1/20/2011 | 70,000 | $99.29 | Western Asset Mgmt. Co. | Pasadena, CA | JP MORGAN CHASE BANK/HSBCSI | DTC |
| John Hancock Variable Insurance Trust | 71645WAS0 | 1/20/2011 | 5,000 | $100.22 | Western Asset Mgmt. Co. | Pasadena, CA | MORGAN STANLEY CO INCORPORATED | DTC |
| John Hancock Variable Insurance Trust | 71647NAF6 | 5/13/2013* | 1,330,000 | $98.83 | Western Asset Mgmt. Co. | Pasadena, CA | MORGAN STANLEY CO INCORPORATED | DTC |
| John Hancock Variable Insurance Trust | 71647NAM1 | 3/10/2014* | 1,210,000 | $99.77 | Western Asset Mgmt. Co. | Pasadena, CA | CITIGROUP GLOBAL MARKETS INC SALOMON BRO | DTC |

| Plaintiff | CUSIP | Purchase Date | Units Purchased | Purchase Price | Investment Manager | Trade Executed (Location of Investment Manager) | Counterparty[1] | Settlement Location |
|---|---|---|---|---|---|---|---|---|
| John Hancock Variable Insurance Trust | 71645WAM3 | 8/30/2010 | 10,000,000 | $108.13 | PIMCO | Newport Beach, CA | JPMORGAN SECURITIES INC | DTC |
| John Hancock Variable Insurance Trust | 71645WAT8 | 1/20/2011 | 9,100,000 | $99.66 | PIMCO | Newport Beach, CA | JPMORGAN SECURITIES INC | DTC |
| John Hancock Variable Insurance Trust | 71645WAU5 | 12/4/2014 | 100,000 | $99.00 | PIMCO | Newport Beach, CA | THE BANK OF NY/DBAG LONDON GLOBAL | DTC |
| John Hancock Variable Insurance Trust | 71647NAC3 | 12/5/2014 | 300,000 | $97.81 | PIMCO | Newport Beach, CA | BNP PARIBAS SECURITIES CORP./FIXED INCOME | DTC |
| John Hancock Variable Insurance Trust | 71647NAJ8 | 1/7/2015 | 300,000 | $93.00 | PIMCO | Newport Beach, CA | BANK OF AMERICA SECURITIES LLC | DTC |
| John Hancock Variable Insurance Trust | 71647NAG4 | 1/8/2015 | 100,000 | $93.81 | PIMCO | Newport Beach, CA | MORGAN STANLEY CO INCORPORATED | DTC |
| John Hancock Variable Insurance Trust | 71647NAG4 | 1/8/2015 | 300,000 | $94.01 | PIMCO | Newport Beach, CA | CITIGROUP GLOBAL MARKETS INC SALOMON BRO | DTC |
| John Hancock Variable Insurance Trust | 71645WAT8 | 1/9/2015 | 100,000 | $97.79 | PIMCO | Newport Beach, CA | CITIGROUP GLOBAL MARKETS INC SALOMON BRO | DTC |
| John Hancock Variable Insurance Trust | 71645WAU5 | 1/9/2015 | 100,000 | $94.75 | PIMCO | Newport Beach, CA | BARCLAYS BANK PLC LONDON BRANCH | DTC |
| John Hancock Variable Insurance Trust | 71647NAD1 | 1/9/2015 | 100,000 | $94.20 | PIMCO | Newport Beach, CA | BANK OF AMERICA SECURITIES LLC | DTC |
| John Hancock Variable Insurance Trust | 71647NAJ8 | 1/14/2015 | 100,000 | $93.63 | PIMCO | Newport Beach, CA | CITIGROUP GLOBAL MARKETS INC SALOMON BRO | DTC |
| John Hancock Variable Insurance Trust | 71647NAC3 | 1/15/2015 | 100,000 | $95.50 | PIMCO | Newport Beach, CA | CITIGROUP GLOBAL MARKETS INC SALOMON BRO | DTC |
| John Hancock Variable Insurance Trust | 71647NAF6 | 5/13/2013* | 10,145,000 | $98.83 | Manulife AM US Boston | Boston, MA | MORGAN STANLEY CO INCORPORATED | DTC |
| John Hancock Variable Insurance Trust | 71645WAR2 | 3/11/2014 | 12,210,000 | $100.36 | Manulife AM US Boston | Boston, MA | BARCLAYS BANK PLC LONDON BRANCH | DTC |
| John Hancock Variable Insurance Trust | 71647NAF6 | 5/13/2013* | 840,000 | $98.83 | Manulife AM US Boston | Boston, MA | MORGAN STANLEY CO INCORPORATED | DTC |
| John Hancock Variable Insurance Trust | 71645WAR2 | 3/11/2014 | 650,000 | $100.36 | Manulife AM US Boston | Boston, MA | BARCLAYS BANK PLC LONDON BRANCH | DTC |

| Plaintiff | CUSIP | Purchase Date | Units Purchased | Purchase Price | Investment Manager | Trade Executed (Location of Investment Manager) | Counterparty[1] | Settlement Location |
|---|---|---|---|---|---|---|---|---|
| John Hancock Variable Insurance Trust | 71645WAS0 | 12/20/2011 | 80,000 | $116.50 | Manulife AM US Boston | Boston, MA | BANK OF AMERICA SECURITIES LLC | DTC |
| John Hancock Variable Insurance Trust | 71647NAF6 | 5/13/2013* | 365,000 | $98.83 | Manulife AM US Boston | Boston, MA | MORGAN STANLEY CO INCORPORATED | DTC |
| John Hancock Variable Insurance Trust | 71647NAF6 | 5/13/2013* | 420,000 | $98.83 | Manulife AM US Boston | Boston, MA | MORGAN STANLEY CO INCORPORATED | DTC |