**From:** Steven_Kochevar@nysd.uscourts.gov [mailto:Steven_Kochevar@nysd.uscourts.gov]
**Sent:** Wednesday, January 20, 2016 9:39 PM
**To:** Barefoot, Luke A.
**Cc:** Hogan III, Albert L; apetitt@stradley.com; bbireley@gibbsbruns.com; beng@blbglaw.com; blairn@blbglaw.com; bleppla@lchb.com; Bruce.Dona@ksfcounsel.com; cdolan@rgrdlaw.com; Clejeune@rgrdlaw.com; darrenr@rgrdlaw.com; davew@rgrdlaw.com; DavidK@blbglaw.com; dcheck@ktmc.com; dchiplock@lchb.com; dcuthbertson@lchb.com; Deborah Elman; David Haendler; dhall@kaplanfox.com; egilmore@pomlaw.com; ekaufman@rgrdlaw.com; Vicens, Elizabeth (Lisa); ffox@kaplanfox.com; gcastaldo@ktmc.com; Geoffrey Jarvis; harryolivar@quinnemanuel.com; hnam@kaplanfox.com; jalieberman@pomlaw.com; jay.kasner@skadden.com; Jay Eisenhofer; Jenny.Barbosa@blbglaw.com; Jeremy.Berman@skadden.com; Gerber, Jared; jkehoe@pomlaw.com; jkelleher@stradley.com; jmaterese@ktmc.com; josephsarles@quinnemanuel.com; joseph.cohen@blbglaw.com; jpafiti@pomlaw.com; jsaltzman@kaplanfox.com; kdutill@stradley.com; Kim.Miller@ksfcounsel.com; kpatrick@gibbsbruns.com; kristenbird@quinnemanuel.com; kwarner@warnerpc.com; Lewis.Kahn@ksfcounsel.com; lliman@cgsh.com; lrolnick@lowenstein.com; Lucas.Gilmore@blbglaw.com; mcampbell@kaplanfox.com; mhampson@lowenstein.com; Michael.Bailey@skadden.com; migross@pomlaw.com; mkramer@lowenstein.com; mmccahill@kaplanfox.com; mmiarmi@lchb.com; mmustokoff@ktmc.com; monasch@ktmc.com; mparker@stradley.com; nbear@rgrdlaw.com; patrickd@rgrdlaw.com; pdahlstrom@pomlaw.com; petercalamari@quinnemanuel.com; pmayer@kaplanfox.com; rachel.felong@blbglaw.com; Cooper, Roger A.; Robert Gerson; rheimann@lchb.com; rrusso@ktmc.com; ryanlandes@quinnemanuel.com; Scott.Musoff@skadden.com; sfineman@lchb.com; shumphries@gibbsbruns.com; sjweiswasser@pomlaw.com; slee@lchb.com; snirmul@ktmc.com; srudman@rgrdlaw.com; Kessler, Thomas; toddbatson@quinnemanuel.com; trigs@rgrdlaw.com; wgomes@kaplanfox.com; William.OBrien@skadden.com
**Subject:** Re: Petrobras / Individual Actions

Dear Counsel,

Thank you for compiling this email list.

First, with respect to the discovery dispute, the Court quashes defendant's document request regarding transaction data in non-Petrobras issuers. The defendant may inquire into this topic at 30(b)(6) depositions, and defendant may renew its request if the depositions provide a proper basis to do so.

Second, with respect to scheduling motions practice on the Morrison issue, the Court sets the following schedule:

By **January 29**, any plaintiff (regardless of whether a response to their pleading has been filed) may amend their pleadings with respect to the Morrison issue.

By **February 12**, defendants will file moving papers.

By **February 26**, plaintiffs will file opposition papers.

By **March 4**, defendants will file reply papers.

Oral argument will be held on **Friday**, **March 11 at 2:00 pm**.

Best,
Steven Kochevar
Clerk to the Hon. Jed S. Rakoff
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1340
New York, NY 10007
(212) 805-0401

| | |
|---|---|
| From: | "Barefoot, Luke A." <lbarefoot@cgsh.com> |
| To: | "Steven_Kochevar@nysd.uscourts.gov" <Steven_Kochevar@nysd.uscourts.gov> |
| Cc: | "harryolivar@quinnemanuel.com" <harryolivar@quinnemanuel.com>, "kristenbird@quinnemanuel.com" <kristenbird@quinnemanuel.com>, "josephsarles@quinnemanuel.com" <josephsarles@quinnemanuel.com>, "ryanlandes@quinnemanuel.com" <ryanlandes@quinnemanuel.com>, "petercalamari@quinnemanuel.com" <petercalamari@quinnemanuel.com>, "toddbatson@quinnemanuel.com" <toddbatson@quinnemanuel.com>, "dcheck@ktmc.com" <dcheck@ktmc.com>, "gcastaldo@ktmc.com" <gcastaldo@ktmc.com>, "mmustokoff@ktmc.com" <mmustokoff@ktmc.com>, "rrusso@ktmc.com" <rrusso@ktmc.com>, "monasch@ktmc.com" <monasch@ktmc.com>, "snirmul@ktmc.com" <snirmul@ktmc.com>, "jmaterese@ktmc.com" <jmaterese@ktmc.com>, "kdutill@stradley.com" <kdutill@stradley.com>, "jkelleher@stradley.com" <jkelleher@stradley.com>, "mparker@stradley.com" <mparker@stradley.com>, "apetitt@stradley.com" <apetitt@stradley.com>, "srudman@rgrdlaw.com" <srudman@rgrdlaw.com>, "ekaufman@rgrdlaw.com" <ekaufman@rgrdlaw.com>, "darrenr@rgrdlaw.com" <darrenr@rgrdlaw.com>, "davew@rgrdlaw.com" <davew@rgrdlaw.com>, "trigs@rgrdlaw.com" <trigs@rgrdlaw.com>, "patrickd@rgrdlaw.com" <patrickd@rgrdlaw.com>, "nbear@rgrdlaw.com" <nbear@rgrdlaw.com>, "Clejeune@rgrdlaw.com" <Clejeune@rgrdlaw.com>, "cdolan@rgrdlaw.com" <cdolan@rgrdlaw.com>, "Kim.Miller@ksfcounsel.com" <Kim.Miller@ksfcounsel.com>, "Bruce.Dona@ksfcounsel.com" <Bruce.Dona@ksfcounsel.com>, "Lewis.Kahn@ksfcounsel.com" <Lewis.Kahn@ksfcounsel.com>, "lrolnick@lowenstein.com" <lrolnick@lowenstein.com>, "mkramer@lowenstein.com" <mkramer@lowenstein.com>, "mhampson@lowenstein.com" <mhampson@lowenstein.com>, "blairn@blbglaw.com" <blairn@blbglaw.com>, "beng@blbglaw.com" <beng@blbglaw.com>, "DavidK@blbglaw.com" <DavidK@blbglaw.com>, "Lucas.Gilmore@blbglaw.com" <Lucas.Gilmore@blbglaw.com>, "rachel.felong@blbglaw.com" <rachel.felong@blbglaw.com>, "joseph.cohen@blbglaw.com" <joseph.cohen@blbglaw.com>, "Jenny.Barbosa@blbglaw.com" <Jenny.Barbosa@blbglaw.com>, "jeisenhofer@gelaw.com" <jeisenhofer@gelaw.com>, "gjarvis@gelaw.com" <gjarvis@gelaw.com>, "dhaendler@gelaw.com" <dhaendler@gelaw.com>, "delman@gelaw.com" <delman@gelaw.com>, "rgerson@gelaw.com" <rgerson@gelaw.com>, "ffox@kaplanfox.com" <ffox@kaplanfox.com>, "wgomes@kaplanfox.com" <wgomes@kaplanfox.com>, "dhall@kaplanfox.com" <dhall@kaplanfox.com>, "hnam@kaplanfox.com" <hnam@kaplanfox.com>, "mcampbell@kaplanfox.com" <mcampbell@kaplanfox.com>, "jsaltzman@kaplanfox.com" <jsaltzman@kaplanfox.com>, "mmccahill@kaplanfox.com" <mmccahill@kaplanfox.com>, "pmayer@kaplanfox.com" <pmayer@kaplanfox.com>, "kwarner@warnerpc.com" <kwarner@warnerpc.com>, "kpatrick@gibbsbruns.com" <kpatrick@gibbsbruns.com>, "shumphries@gibbsbruns.com" <shumphries@gibbsbruns.com>, "bbireley@gibbsbruns.com" <bbireley@gibbsbruns.com>, "sfineman@lchb.com" <sfineman@lchb.com>, "dchiplock@lchb.com" <dchiplock@lchb.com>, "mmiarmi@lchb.com" <mmiarmi@lchb.com>, "dcuthbertson@lchb.com" <dcuthbertson@lchb.com>, "rheimann@lchb.com" <rheimann@lchb.com>, "bleppla@lchb.com" <bleppla@lchb.com>, "slee@lchb.com" <slee@lchb.com>, "jalieberman@pomlaw.com" <jalieberman@pomlaw.com>, "migross@pomlaw.com" <migross@pomlaw.com>, "jkehoe@pomlaw.com" <jkehoe@pomlaw.com>, "egilmore@pomlaw.com" <egilmore@pomlaw.com>, "pdahlstrom@pomlaw.com" <pdahlstrom@pomlaw.com>, "jpafiti@pomlaw.com" <jpafiti@pomlaw.com>, "sjweiswasser@pomlaw.com" <sjweiswasser@pomlaw.com>, "Liman, Lewis J." <lliman@cgsh.com>, "Cooper, Roger A." <RACooper@cgsh.com>, "Barefoot, Luke A." <lbarefoot@cgsh.com>, "Vicens, Elizabeth (Lisa)" <evicens@cgsh.com>, "Gerber, Jared" <jgerber@cgsh.com>, "Kessler, Thomas" <tkessler@cgsh.com>, "jay.kasner@skadden.com" <jay.kasner@skadden.com>, "Scott.Musoff@skadden.com" <Scott.Musoff@skadden.com>, "Jeremy.Berman@skadden.com" <Jeremy.Berman@skadden.com>, "William.OBrien@skadden.com" <William.OBrien@skadden.com>, "Michael.Bailey@skadden.com" <Michael.Bailey@skadden.com>, "Hogan III, Albert L" <Al.Hogan@skadden.com> |
| Date: | 01/20/2016 06:52 PM |
| Subject: | Petrobras / Individual Actions |

Mr. Kochevar,

Thank you again for your time this evening.  As discussed, we have copied on this email what we believe should be an over-inclusive list of defendants in the individual actions proceeding as part of the consolidated securities litigation, including those who were on the call this evening.

Respectfully submitted,

_____
Luke A. Barefoot
Cleary Gottlieb Steen & Hamilton LLP
Assistant: jdwulet@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2829 | f: +1 212 225 3999
www.clearygottlieb.com | lbarefoot@cgsh.com

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the
intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and
its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.