**From:** Steven_Kochevar@nysd.uscourts.gov [mailto:Steven_Kochevar@nysd.uscourts.gov]
**Sent:** Wednesday, January 27, 2016 5:39 PM
**To:** Deborah Elman
**Cc:** 'Al.Hogan@skadden.com'; 'Mindlin, Danielle P.'; 'Jeremy.Berman@skadden.com'; 'ToddBatson@quinnemanuel.com'
**Subject:** Re: In re Petrobras Securities Litigation, 14-cv-9662 (JSR) - List of Counsel on 1/26 Call [IWOV-LEGAL.FID128725]

Dear Counsel,

==The Court grants the applications in the Transamerica and New York City Employees' Retirement System cases: plaintiffs may make the proposed changes in their Amended Complaints to be filed later this week.==

Judge Rakoff is currently reviewing the pro hac vice motions in the Pimco case.

Best,
Steven Kochevar
Clerk to the Hon. Jed S. Rakoff
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1340
New York, NY 10007
(212) 805-0401

---

From:     Deborah Elman <delman@gelaw.com>
To:       "'Steven_Kochevar@nysd.uscourts.gov'" <Steven_Kochevar@nysd.uscourts.gov>
Cc:       "'ToddBatson@quinnemanuel.com'" <ToddBatson@quinnemanuel.com>, "'Mindlin, Danielle P.'" <dmindlin@cgsh.com>, "'Jeremy.Berman@skadden.com'" <Jeremy.Berman@skadden.com>, "'Al.Hogan@skadden.com'" <Al.Hogan@skadden.com>
Date:     01/26/2016 02:49 PM
Subject:  In re Petrobras Securities Litigation, 14-cv-9662 (JSR) - List of Counsel on 1/26 Call [IWOV-LEGAL.FID128725]

---

Dear Mr. Kochevar:

Below and copied hereon, please find a list of counsel who were on today's 2 pm call.

Deborah Elman
Grant & Eisenhofer P.A.
Counsel for Plaintiffs in *Transamerica Income Shares, Inc., et al., v. Petróleo Brasileiro S.A-Petrobras, et al.,* 15-cv-03733 (JSR) and *New York City Employees' Retirement System, et al., v. Petróleo Brasileiro S.A-Petrobras, et al.,* 15-cv-02192 (JSR)

1

Todd Batson
Quinn Emanuel Urquhart & Sullivan, LLP
Counsel for Plaintiffs in *PIMCO Funds: PIMCO Total Return Fund, et al. v. Petróleo Brasileiro S.A. – Petrobras, et al.,* 15-cv-08192 (JSR)

Danielle P. Mindlin
Cleary Gottlieb Steen & Hamilton LLP
Counsel for the Petrobras Defendants

Jeremy Berman
Al Hogan
Skadden, Arps, Slate, Meagher & Flom LLP
Counsel for the Underwriter Defendants

Kind regards,
Deborah

**Deborah A. Elman | Grant & Eisenhofer P.A.**
485 Lexington Avenue, 29th Floor
New York, N.Y. 10017
T: 646-722-8534 | F: 646-722-8501
delman@gelaw.com | www.gelaw.com

This communication may be protected by the attorney/client privilege and may contain confidential information intended only for the person to whom it is addressed. If it has been sent to you in error, please do not read it. Please inform the sender by e-mail or the phone number above that you have received this message in error. Then delete this message and any attachments without copying, forwarding or reading it. Any dissemination, distribution, copying, forwarding or other reproduction of this message (which may be monitored electronically by Grant & Eisenhofer P.A.) is strictly prohibited